IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA GABRIELLE FRANCISCO,<br><br>Defendant. | 4:23-CR-3021<br><br>ORDER |

IT IS ORDERED:

1. The defendant's motion to extend (filing 304) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 1:00 P.M. on <u>November 19, 2025</u>.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 11th day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge